IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CINDY WAHLEN,<br><br>      Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Court No. 1:21-cv-00007-DAK<br><br><br>MEMORANDUM DECISION AND ORDER |

Before the Court is Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 30). For good cause shown, Defendant's motion is GRANTED.

This civil action is remanded to Defendant for a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED this 27th day of September, 2021.

                _/s/ Dale A. Kimball_
                Dale A. Kimball
                United States District Judge